**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7779**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THOMAS A. WILKINSON, III,

Defendant - Appellant.



———————

**No. 01-6175**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD M. CONK,

Defendant - Appellant.



———————

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CR-95-68, CA-99-688-R)

———————

Submitted: May 24, 2001                    Decided: July 3, 2001

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jeffrey Daniel Zimmerman, Alexandria, Virginia; Marcia Gail Shein, LAW OFFICE OF MARCIA G. SHEIN, P.C., Decatur, Georgia, for Appellants. David T. Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Thomas A. Wilkinson, III, and Edward M. Conk seek to appeal the district court's order denying their motions filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. United States v. Wilkinson, Nos. CR-95-68; CA-99-688-R; United States v. Conk, Nos. CR-95-68; CA-99-688-R (E.D. Va. Nov. 22, 2000). We deny Conk's motions to supplement the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED